07-02-10  10:54am  From-1st American Property Info          T-230  P.003/006  F-504



CONTRA COSTA,CA    DOCUMENT: TD 1993.171981                         Page 1 of 2

Printed on 7/2/2010 8:56:42 AM    Provided by DataTrace System

EXHIBIT A

Received  07-02-2010  08:55am                                       Page 003
Case: 10-45176   Doc# 12-1   Filed: 07/07/10   Entered: 07/07/10 15:03:59   Page 1 of 2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of CALIFORNIA
County of CONTRA COSTA

On 2nd before me, Vern Chase, Notary Public
personally appeared GARY A CHASE

☒ personally known to me — OR — ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary seal: VERN CHASE, NOTARY PUBLIC CALIFORNIA, PRINCIPAL OFFICE IN CONTRA COSTA COUNTY, My Commission Expires MAY 17, 1995]

## OPTIONAL SECTION

CAPACITY CLAIMED BY SIGNER
☒ INDIVIDUAL
☐ CORPORATE OFFICER(S)
☐ PARTNER(S)   ☐ LIMITED / GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER:

SIGNER IS REPRESENTING:

THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT

TITLE OR TYPE OF DOCUMENT: DEED OF TRUST
NUMBER OF PAGES: 1    DATE OF DOCUMENT: 6-24-93
SIGNER(S) OTHER THAN NAMED ABOVE: None

©1993 NATIONAL NOTARY ASSOCIATION

**END OF DOCUMENT**

---

Short Form Deed of Trust

American Title Insurance Company